# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICES ON WHATSAPP ACCOUNT NUMBERS (347) 484-0198, (978) 327-4667, (978) 635-6744, (978) 609-5491, (939) 312-1115, (978) 635-6016, (978) 885-7551, (978) 566-2485, AND (978) 641-7399 | No.   21-<br><br>**Filed Under Seal – Level II** |

## MOTION TO SEAL AT LEVEL II: APPLICATION FOR PEN REGISTER AND TRAP AND TRACE DEVICE AND ALL RELATED DOCUMENTS

The United States of America respectfully moves this Court to seal this entire matter including this application, order, motion to seal, any ruling on this motion, and all related paperwork and corresponding docket entries in the above captioned case until August 11, 2021, except that the government may later disclose these materials to comply with its discovery obligations under the local rules. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

                                          Respectfully submitted,

                                          SCOTT W. MURRAY
                                          United States Attorney

Dated: February 12, 2021          By: /s/ John J. Kennedy
                                          John J. Kennedy
                                          Assistant U.S. Attorney

Motion:       ____ Granted    ____ Denied

                                          _____

                                          Andrea K. Johnstone
                                          United States Magistrate Judge